Name & Address:
Ralph C. Loeb
KRANE & SMITH, APC
16255 Ventura Boulevard, Suite 600

Encino, California 91436

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation, PLAINTIFF(S) v. RESPONSELINK, LLC, a Delaware limited liability company, ALERTONE SERVICES, LLC, a Delaware limited liability company, and DOES 1-10, inclusive DEFENDANT(S). | CASE NUMBER 2:16-cv-09522 SUMMONS |
|---|---|

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Ralph C. Loeb, Esq._____, whose address is KRANE & SMITH, 16255 Ventura Blvd., #600, Encino, CA 91436_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____   By: _____
                                        Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                    SUMMONS

CCD-1A