Ralph C. Loeb (124773)
*Ralph@kranesmith.com*
KRANE & SMITH, APC
16255 Ventura Boulevard, Suite 600
Encino, CA 91436
(818) 382-4000 Telephone
(818) 382-4001 Facsimile

Attorneys for Plaintiff
LIFE ALERT EMERGENCY RESPONSE, INC.

Derek A. Newman, State Bar No. 190467
*dn@newmanlaw.com*
Peri-Elle Cabagnot, State Bar No. 301784
*peri-elle@newmanlaw.com*
Newman Du Wors LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Telephone:  (310) 359-8200
Facsimile:  (310) 359-8190

Counsel for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESPONSELINK, LLC, a Delaware limited liability company, ALERTONE SERVICES, LLC, a Delaware limited liability company, and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-09522 FMO (JEMx)<br><br>**DISCOVERY MATTER**<br><br>**[~~PROPOSED~~] ORDER ENTERING PROTECTIVE ORDER**<br><br>Complaint Filed:<br>Trial Date: |

1     THIS MATTER comes before the Court on the Parties' Stipulated Protective Order. Having reviewed same, the Court HEREBY ENTERS the Protective Order.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 21st day of June, 2017.

_____
Hon. John E. McDermott