# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESPONSELINK, LLC, a Delaware limited liability company, ALERTONE SERVICES, LLC, a Delaware limited liability company, and DOES 1 – 10 inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-09522-FMO-JEM<br><br>[Assigned for all purposes to Honorable Fernando M. Olguin]<br><br>**ORDER RE: STIPULATION [34] DISMISSING ALL CLAIMS WITH PREJUDICE**<br><br>Complaint filed: December 23, 2016<br>Trial Date: April 10, 2018 |

# ORDER

The Court, having considered the Stipulation of Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. and Defendants RESPONSELINK, LLC and ALERTONE SERVICES, LLC, and for good cause shown, it is HEREBY ORDERED that:

The above-captioned action, including all claims and counterclaims, is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**:

DATED: August 29, 2017      /s/
                            The Hon. Fernando M. Olguin
                            United States District Court Judge

Presented by:

KRANE & SMITH, APC


By: _____
Ralph C. Loeb
Attorney for Plaintiff LIFE ALERT
EMERGENCY RESPONSE, INC.